IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV390-1-MU

| | |
|---|---|
| WILLIAM B. CHILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SERGEANT M. MOSLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1), filed September 8, 2009.

After a careful review of the record, the Court finds that Defendant should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost.

Signed: September 10, 2009

Graham C. Mullen
United States District Judge