IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV390-1-MU

| | |
|---|---|
| WILLIAM B. CHILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SERGEANT M. MOSLEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Discovery (Doc. No. 12), filed October 29, 2009, and Defendant's Objection to Plaintiff's Motion for Discovery (Doc. No. 13), also filed October 29, 2009.

On September 8, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 asserting an excessive force claim. On October 13, 2009, Defendant filed an Answer asserting, among other things, a defense of qualified immunity. Plaintiff has now filed a motion seeking the video recording of his pod for the date in question; his medical records; and documents relating to the "use of force" investigation conducted by the jail. Defendant has not yet filed a dispositive motion and consequently, this Court has not yet ruled on Defendant's defense of qualified immunity. Moreover, some of the documents requested by Plaintiff may be produced by Defendant in conjunction with the filing of a dispositive motion. Based upon the above, this Court concludes that Plaintiff's Motion for Discovery is premature and it is denied on that basis.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Discovery is **DENIED**.

Signed: October 30, 2009

Graham C. Mullen
United States District Judge