IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV390-1-MU

| | | |
|---|---|---|
| WILLIAM B. CHILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SERGEANT M. MOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Request to Dismiss his Complaint (Doc. No. 18), filed January 11, 2010.

On September 8, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1). On December 10, 2009, Defendant filed a Motion for Summary Judgment (Doc. No. 16.) Plaintiff has now filed a letter stating that he wishes to withdraw his Complaint. Pursuant to Rule 41(b) the Court will grant Plaintiff's request to dismiss this case.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion for Summary Judgment is **DENIED** as moot; and

2. Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 is **DISMISSED with prejudice**.

Signed: January 12, 2010

Graham C. Mullen
United States District Judge